**FILED**
August 17, 2026
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff,
v.
ZHIHAO HUANG,
Defendant.

Case No. 2:26-mj-00117-CKD

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release ZHIHAO HUANG, Case No. 2:26-mj-00117-CKD , Charge 18 U.S.C. § 1951(a), from custody for the following reasons:

____ Release on Personal Recognizance

____ Bail Posted in the Sum of $ ____

x Secured Appearance Bond $ 200,000.00 in equity of Defendant's and Isabel Wang's residential property

____ Appearance Bond with 10% Deposit

____ Appearance Bond with Surety

____ Corporate Surety Bail Bond

x (Other): Release delayed until 8/18/2026 at 9:00 AM with terms as stated on the record. Following release, defendant must directly report to the Pretrial Services Office on 501 I Street, 2nd Floor, Suite 2-400, Sacramento, CA 95814.

Issued at Sacramento, California on August 17, 2026, at 4:10 PM.

By: ____

Magistrate Judge Sean C. Riordan